1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROSALIE CUEVAS, ADOLFO GOMEZ-        Case No.  1:17-cv-00357-LJO-BAM
    MORENO, REYNALDO TOLANO, and
12  AGUSTIN AMBRIZ, on behalf of         ORDER ADOPTING FINDINGS AND
    themselves and on behalf of all other  RECOMMENDATIONS GRANTING
13  similarly situated individuals,       PLAINTIFFS' MOTION FOR CONDITIONAL
                                          FLSA COLLECTIVE ACTION
14              Plaintiffs,               CERTIFICATION AND ISSUANCE OF
                                          NOTICE
15       v.
                                          (Doc. 26)
16  DIAS & FRAGOSO, INC., a California
    Corporation; D&F AGRICULTURAL
17  ENTERPRISES, INC., a California
    Corporation; GABRIEL M. DIAS; and
18  JOHN L. FRAGOSO,

19              Defendants.

20

21          The matter now pending before this Court is a putative collective action, filed on behalf of

22   Plaintiffs, and other similarly situated individuals.   On February 21, 2018, Plaintiffs filed a

23   motion seeking conditional certification under the Fair Labor Standards Act ("FLSA"), 29 U.S.C.

24   § 216(b).  On April 10, 2018, the Magistrate Judge assigned to this matter issued Findings and

25   Recommendations, recommending granting the motion and providing a fourteen day period

26   within which to submit objections. To date, no objections have been filed.

27          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

28   *de novo* review of this case.   Having carefully reviewed the entire file, the court finds the

                                              1

Findings and Recommendations to be supported by the record and by proper analysis.

For the reasons articulated in the Magistrate Judge's Findings and Recommendations, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations are ADOPTED in full; and

2.  Plaintiffs' motion for conditional FLSA collective action certification is GRANTED.

IT IS SO ORDERED.

Dated:   **May 2, 2018**                     **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE