1  John E. Hill, State Bar #45338
   johnhill@hill-law-offices.com
2  Enrique Martínez, State Bar #206884
   enriquemartinez@hill-law-offices.com
3  LAW OFFICES OF JOHN E. HILL
   333 Hegenberger Road, Ste. 500
4  Oakland, CA 94621
   Telephone: (510) 588-1000
5  Facsimile: (510) 632-1445

6  *Attorneys for Plaintiffs & Putative Class*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAS & FRAGOSO, INC., a California Corporation; D & F AGRICULTURAL ENTERPRISES, INC., a California Corporation; GABRIEL M. DIAS; and JOHN L. FRAGOSO,<br><br>Defendants. | Case No.: 1:17-cv-00357-LJO-BAM<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by the parties who have appeared in this action, Plaintiffs ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ, and Defendants DIAS & FRAGOSO, INC., D & F AGRICULTURAL ENTERPRISES, INC., GABRIEL M. DIAS, and JOHN L. FRAGOSO by and through their respective attorneys of record, that Plaintiffs may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

IT IS FURTHER STIPULATED that

1. Plaintiffs will file the First Amended Complaint within seven (7) calendar days of the Court's Order permitting such filing;

2. Undersigned counsel for Defendants DIAS & FRAGOSO, INC., D & F AGRICULTURAL ENTERPRISES, INC., GABRIEL M. DIAS, and JOHN L. FRAGOSO is authorized to and will accept service of the FIRST AMENDED COMPLAINT on behalf of GABRIEL M. DIAS, in his individual capacity and as a partner in DIAS & FRAGOSO, INC., and D & F AGRICULTURAL ENTERPRISES, INC., and JOHN L. FRAGOSO, in his individual capacity and as a partner in DIAS & FRAGOSO, INC., and D & F AGRICULTURAL ENTERPRISES, INC.; and

3. Defendants' response to the First Amended Complaint will be filed within thirty (30) days after the First Amended Complaint is filed.

IT IS SO STIPULATED.

**ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that Plaintiffs ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ shall file a First Amended Complaint, attached to the parties stipulation (Doc. 31), by July 31, 2018 and that Defendants DIAS & FRAGOSO, INC., D & F AGRICULTURAL ENTERPRISES, INC., GABRIEL M. DIAS, and JOHN L. FRAGOSO, shall have thirty days thereafter to answer or otherwise respond to the First Amended Complaint filed in this matter.

IT IS SO ORDERED.

Dated: **July 24, 2018**        /s/ *Barbara A. McAuliffe*
                     UNITED STATES MAGISTRATE JUDGE