Howard A. Sagaser, State Bar No. 72492
William M. Woolman, State Bar No. 145124
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, Dias & Fragoso, Inc., D&F Agricultural Enterprises, Inc., Gabriel M. Dias and John L. Fragoso

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> DIAS & FRAGOSO, INC., a California Corporation; D & F AGRICULTURAL ENTERPRISES, INC., a California Corporation; GABRIEL M. DIAS; and JOHN L. FRAGOSO <br><br> Defendant(s). | Case No.: 1:17-cv-00357-LJO-BAM <br><br> **STIPULATION and ORDER TO CONTINUE DEADLINES FOR MOTION FOR CLASS CERTIFICATION** |

After a review of the Parties' Stipulation to Continue Deadlines for Motion for Class Certification and for good cause appearing, IT IS HEREBY ORDERED that the deadlines for briefing the motion for class certification previously set by the court on May 10, 2018 are continued as follows:

| | | **Previous Date** | **New Date** |
|---|---|---|---|
| 1. | Class Certification Motion Filing Deadline | September 28, 2018 | November 21, 2018 |
| 2. | Class Certification Opposition | December 7, 2018 | January 18, 2019 |
| 3. | Class Certification Reply | January 18, 2019 | February 25, 2019 |

///

**ORDER TO CONTINUE DEADLINES FOR MOTION FOR CLASS CERTIFICATION**

015004.00003 - 201142.1

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

| | | | |
|---|---|---|---|
| 4. | Class Certification Hearing | February 1, 2019<br>Time: 9:00 a.m.<br>Dept.: 8 (BAM) | March 22, 2019<br>Time: 9:00 a.m.<br>Dept.: 8 (BAM) |

IT IS SO ORDERED.

Dated: **August 22, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE