Howard A. Sagaser, State Bar No. 72492
William M. Woolman, State Bar No. 145124
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, Dias & Fragoso, Inc., D&F Agricultural
Enterprises, Inc., Gabriel M. Dias and John L. Fragoso

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DIAS & FRAGOSO, INC., a California Corporation; D & F AGRICULTURAL ENTERPRISES, INC., a California Corporation; GABRIEL M. DIAS; and JOHN L. FRAGOSO<br><br>Defendant(s). | Case No.: 1:17-cv-00357-LJO-BAM<br><br>**ORDER TO CONTINUE DEADLINES FOR MOTION FOR CLASS CERTIFICATION** |

Having reviewed the parties' stipulation and supporting declaration of William M. Woolman to continue deadlines for the motion for class certification and for good cause appearing, IT IS HEREBY ORDERED that the deadlines for briefing the motion for class certification previously extended by the Court on August 22, 2018 are continued as follows:

///

///

///

///

///

---

**ORDER TO CONTINUE DEADLINES FOR MOTION FOR CLASS CERTIFICATION**

015004.00003 - 207158.1

|   |                                      | **Previous Date**                            | **New Date**                             |
|---|--------------------------------------|----------------------------------------------|------------------------------------------|
| 1. | Class Certification Motion Filing Deadline | November 21, 2018                       | January 25, 2018                         |
| 2. | Class Certification Opposition      | January 18, 2019                             | March 22, 2019                           |
| 3. | Class Certification Reply           | February 25, 2019                            | April 19, 2019                           |
| 4. | Class Certification Hearing         | March 22, 2019<br>Time: 9:00 a.m.<br>Dept.: 8 (BAM) | May 17, 2019<br>Time: 9:00 a.m.<br>Dept.: 8 (BAM) |

IT IS SO ORDERED.

Dated: __**November 16, 2018**__       /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000

**ORDER TO CONTINUE DEADLINES FOR MOTION FOR CLASS CERTIFICATION**

015004.00003 - 207158.1