Howard A. Sagaser, State Bar No. 72492
William M. Woolman, State Bar No. 145124
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, Dias & Fragoso, Inc., D&F Agricultural Enterprises, Inc., Gabriel M. Dias and John L. Fragoso

John E. Hill, State Bar No. 45338
johnhill@hill-law-offices.com
Enrique Martínez, State Bar No. 206884
enriquemartinez@hill-law-offices.com
**LAW OFFICES OF JOHN E. HILL**
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 632-1445
*Attorneys for Plaintiffs & Putative Classes*

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ, on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

DIAS & FRAGOSO, INC., a California Corporation; D & F AGRICULTURAL ENTERPRISES, INC., a California Corporation; GABRIEL M. DIAS; and JOHN L. FRAGOSO

Defendant(s).

Case No.: 1:17-CV-00357-LJO-BAM

**STIPLUATION and ORDER TO CONTINUE DEADLINES FOR MOTION FOR CLASS CERTIFICATION**

Complaint Filed: March 10, 2017

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

GOOD CAUSE APPEARING THEREFORE, after a review of the Parties' Stipulation To Continue Deadlines for Motion for Class Certification, the Court orders the following:

A. The deadlines for briefing the motion for class certification previously set by the court on November 19, 2018 are continued as follows:

| | | Existing Date | New Date |
|---|---|---|---|
| 1. | Class Certification Motion Filing Deadline | January 25, 2018 | March 22, 2019 |
| 2. | Class Certification Opposition | March 22, 2019 | April 26, 2019 |
| 3. | Class Certification Reply | April 19, 2019 | May 20, 2019 |
| 4. | Class Certification Hearing | May 17, 2019<br>Time: 9:00 a.m.<br>Dept.: 8 (BAM) | July 19, 2019<br>Time: 9:00 a.m.<br>Dept.: 8 (BAM) |

IT IS SO ORDERED.

Dated: **December 11, 2018**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE