John E. Hill, State Bar #45338
Enrique Martínez, State Bar #206884
LAW OFFICES OF JOHN E. HILL
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 632-1445

Attorneys for Plaintiffs & Class

Howard A. Sagaser, State Bar No. 72492
William M. Woolman, State Bar No. 145124
Ian B. Wieland, State Bar No. 285721
**SAGASER, WATKINS & WIELAND, PC**
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendants, Dias & Fragoso, Inc., D&F Agricultural
Enterprises, Inc., Gabriel M. Dias and John L. Fragoso

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>DIAS & FRAGOSO, INC., a California Corporation; D & F AGRICULTURAL ENTERPRISES, INC., a California Corporation; GABRIEL M. DIAS; and JOHN L. FRAGOSO<br><br>Defendants. | Case No.: 1:17-CV-00357-LJO-BAM<br><br>**ORDER TO VACATE DATES AND SET SCHEDULE FOR CONDITIONAL JUDICIAL APPROVAL OF SETTLEMENT** |

**ORDER TO VACATE DATES AND SET SCHEDULE FOR CONDITIONAL
JUDICIAL APPROVAL OF SETTLEMENT**

The parties to this action filed a Notice of Settlement of Class and Collective Action ("Notice").

According to the Notice, the parties have resolved this matter and intend to submit a Motion for Conditional Judicial Approval of the Settlement reached by the parties. In response to this Notice and to facilitate the parties' intentions, IT IS HEREBY ORDERED THAT:

1. The parties shall file a Motion for Conditional Judicial Approval of Settlement on or before May 6, 2019.

**2.** The hearing on the parties' Motion for Conditional Judicial Approval of Settlement shall be heard on **June 7, 2019, at 9:00 a.m. in Courtroom 8 (BAM) before the undersigned**.

3. Except for the deadlines set forth in this Order all other deadlines in this case are hereby vacated, including specifically, all deadlines related to any motion for conditional certification.

IT IS SO ORDERED.

Dated: __**March 21, 2019**__        /s/ *Barbara A. McAuliffe* _
                                    UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER TO VACATE DATES AND SET SCHEDULE FOR CONDITIONAL JUDICIAL APPROVAL OF SETTLEMENT**