JOHN E. HILL, State Bar No. 45338
ENRIQUE MARTINEZ, State Bar No. 206884
Law Offices of John E. Hill
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 632-1445
Email: enriquemartinez@hill-law-offices.com

*Attorneys for Plaintiffs & Putative Class*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>DIAS & FRAGOSO, INC., a California Corporation; D & F AGRICULTURAL ENTERPRISES, INC., a California Corporation; GABRIEL M. DIAS; and JOHN L. FRAGOSO,<br><br>　　　Defendants. | Case No.:　1:17-cv-00357-BAM<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Judge: Hon. Barbara A. McAuliffe<br>Date:　June 7, 2019<br>Time:　9:00 a.m.<br>Place:　Courtroom 8 |

1    To the Clerk of the Court and to all parties of record and their respective counsel, PLEASE

2    TAKE NOTICE that on June 7, 2019 at 9:00 a.m., or as soon thereafter as the matter may be heard,

3    in Courtroom 8 of the above-entitled Court, Plaintiffs Rosalie Cuevas, Adolfo Gomez-Moreno,

4    Reynaldo Tolano, and Agustin Ambriz, individually and on behalf of all other similarly-situated

5    individuals, with the consent of all Defendants, will move for (1) preliminary approval of the

6    parties' class and collective action settlement agreement, a copy of which is attached as Exhibit 1 to

7    the accompanying Declaration of Enrique Martínez; (2) provisional appointment of class counsel

8    and certification of the proposed Settlement Class under Federal Rule of Civil Procedure 23;

9    (3) approval of the proposed form and method of class notice, the proposed FLSA notice, the

10   proposed form for class members to dispute their estimated settlement payments, and the

11   implementation schedule, attached as Exhibits 1A, 1B, and 1C to the Declaration of Enrique

12   Martínez; and (4) the scheduling of a final fairness hearing.

13   The grounds for this Motion are that (1) the parties have reached a good faith, arm's-length

14   settlement of this matter after extensive settlement negotiations, including a full-day mediation

15   session with an experienced employment class action mediator; (2) Plaintiffs' counsel and Plaintiffs,

16   as representatives of the class, believe that the proposed settlement is in the best interests of the

17   class as a whole; and (3) all parties desire to conclude this matter without further expense, delay,

18   and uncertainty of continued litigation.  This motion is based on the accompanying Memorandum of

19   Points and Authorities; the Declaration of Enrique Martínez and supporting exhibits; the

20   Declarations of Rosalie Cuevas, Adolfo Gomez-Moreno, Reynaldo Tolano, and Agustin Ambriz;

21   the proposed Order submitted herewith; all other records, pleadings, and papers filed in this action;

22   and on such other evidence and argument as may be presented to the Court at the hearing.

23   Dated: May 6, 2019                    Respectfully submitted,

24                                         LAW OFFICES OF JOHN E. HILL

25
                                          By: */s/  Enrique Martínez*
26                                            Enrique Martínez

27                                        *Attorneys for Plaintiffs & Putative Class*

28