JOHN E. HILL, State Bar No. 45338
ENRIQUE MARTINEZ, State Bar No. 206884
Law Offices of John E. Hill
333 Hegenberger Road, Ste. 500
Oakland, CA 94621
Telephone: (510) 588-1000
Facsimile: (510) 632-1445
Email: enriquemartinez@hill-law-offices.com

*Attorneys for Plaintiffs & Putative Class*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ROSALIE CUEVAS, ADOLFO GOMEZ-MORENO, REYNALDO TOLANO, and AGUSTIN AMBRIZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAS & FRAGOSO, INC., a California Corporation; D & F AGRICULTURAL ENTERPRISES, INC., a California Corporation; GABRIEL M. DIAS; and JOHN L. FRAGOSO,<br><br>Defendants. | Case No.:   1:17-cv-00357-BAM<br><br>**NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT; (2) AWARD OF SERVICE PAYMENTS TO NAMED PLAINTIFFS; AND (3) AWARD OF ATTORNEY FEES AND COSTS**<br><br>Judge: Hon. Barbara A. McAuliffe<br>Date:   September 24, 2019<br>Time:   10:00 a.m.<br>Place:  Courtroom 8 |

---

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL
OF CLASS AND COLLECTIVE ACTION SETTLEMENT

1

To the Clerk of the Court and to all parties of record and their respective counsel, PLEASE TAKE NOTICE that on September 24, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the above-entitled Court, plaintiffs Rosalie Cuevas, Adolfo Gomez-Moreno, Reynaldo Tolano, and Agustin Ambriz ("Named Plaintiffs"), individually and on behalf of all other similarly-situated individuals, with the consent of all defendants, will move for (1) final approval of the parties' class and collective action settlement agreement as fair, reasonable, and adequate under Federal Rule of Civil Procedure Rule 23(e), and a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA"); (2) certification of a class action under Rule 23 and collective action under the FLSA; (3) approval of the Class Notice and FLSA Notice as complying with law and due process; (4) an award of service payments of $7,500 for each Named Plaintiff; and (5) an award of attorney fees of $193,750 and costs of $23,780.89.

The grounds for this Motion are that (1) the parties have reached a good faith, arms-length settlement of this matter after extensive settlement negotiations including a full-day mediation session with an experienced employment class action mediator; (2) plaintiffs' counsel and the Named Plaintiffs, as representatives of the class, believe that the proposed settlement is in the best interests of the class as a whole; (3) the terms of the Settlement Agreement are fair, reasonable, and adequate under Rule 23(e), and a fair and reasonable resolution of a bona fide dispute under the FLSA; and (4) all parties desire to conclude this matter without further expense, delay, and uncertainty of continued litigation. This motion is based on the accompanying Memorandum of Points and Authorities; the Declarations of Enrique Martínez, Jocelyn Sperling, and Chris Lawless and supporting exhibits; the proposed order submitted herewith; all other records, pleadings, and papers filed in this action; and on such other evidence and argument as may be presented to the Court at the hearing.

Dated: September 4, 2019                Respectfully submitted,

LAW OFFICES OF JOHN E. HILL
By: */s/ Enrique Martínez*
     Enrique Martínez

*Attorneys for Plaintiffs & Putative Class*

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL
OF CLASS AND COLLECTIVE ACTION SETTLEMENT
2