## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                            **JUDGMENT IN A CIVIL CASE**

**ROSALIE CUEVAS, ET AL.,**

                                                            CASE NO: **1:17–CV–00357–BAM**

              v.

**DIAS &AMP; FRAGOSO, INC., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/14/2020**

                                                          **Keith Holland**
                                                          Clerk of Court

ENTERED: **January 14, 2020**

                                      by: /s/ A. Jessen
                                                   Deputy Clerk